```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03217
    FABIAN SOTO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4380


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/01/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  58.00%.

     The case was converted to chapter 7 after confirmation 07/02/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          177.49            .00          45.66
AT &T UNIVERSAL CARD       UNSECURED       NOT FILED            .00            .00
BACHRACH                   UNSECURED          835.70            .00         231.84
CAPITAL ONE                UNSECURED       NOT FILED            .00            .00
CARD PROCESSING CENTER     UNSECURED       NOT FILED            .00            .00
SMC                        UNSECURED         1494.99            .00         421.41
ECAST SETTLEMENT CORP      UNSECURED         1198.76            .00         332.56
SHERMAN ACQUISITION        UNSECURED          850.57            .00         235.97
SHERMAN ACQUISITION        UNSECURED         2592.89            .00         719.32
ROUNDUP FUNDING LLC        UNSECURED          521.52            .00         138.36
ROUNDUP FUNDING LLC        UNSECURED         3360.65            .00         932.32
DELL PREFERRED ACCOUNT     UNSECURED       NOT FILED            .00            .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED            .00            .00
FIRST CONSUMERS NB         UNSECURED       NOT FILED            .00            .00
B-LINE LLC                 UNSECURED         1133.53            .00         314.45
ECAST SETTLEMENT CORP      UNSECURED         2615.30            .00         725.54
ECAST SETTLEMENT CORP      UNSECURED         2079.89            .00         576.98
ECAST SETTLEMENT CORP      UNSECURED         1963.53            .00         544.72
ECAST SETTLEMENT CORP      UNSECURED          721.25            .00         203.31
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          775.38            .00         215.11
KAPLAN COLLEGE ONLINE      UNSECURED       NOT FILED            .00            .00
MBNA AMERICA               NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5408.69            .00        1524.61
NEXTEL COMMUNICATIONS      UNSECURED       NOT FILED            .00            .00
NATIONAL TIRE AND BATTER   UNSECURED       NOT FILED            .00            .00
SHELL OIL                  UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          533.52            .00         137.21
US DEPT OF EDUCATION       UNSECURED         8349.74            .00        2353.64
WELLS FARGO FINANCIAL NA   UNSECURED          933.52            .00         259.00
ECAST SETTLEMENT CORP      UNSECURED         1540.60            .00         434.28

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03217 FABIAN SOTO
```

```
ECAST SETTLEMENT CORP     UNSECURED           240.41              .00           54.90
R DANIEL LYONS & ASSOC    DEBTOR ATTY       1,650.00                         1,650.00
TOM VAUGHN                TRUSTEE                                              646.74
DEBTOR REFUND             REFUND                                               128.79

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  12,826.72

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       10,401.19
ADMINISTRATIVE                                   1,650.00
TRUSTEE COMPENSATION                               646.74
DEBTOR REFUND                                      128.79
                         ---------------    ---------------
TOTALS                   12,826.72              12,826.72
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/16/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE